**No. 10-10080. Jimmy D. Rios, Petitioner v. United States District Court for the Western District of North Carolina.**

564 U.S. 1040, 131 S. Ct. 3083, 180 L. Ed. 2d 892, 2011 U.S. LEXIS 4824.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 389 Fed. Appx. 216.